IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIDAY APALISKI, ANGELIQUE FISH, JOHN JOYAL, JAMIE WATERMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>MOLEKULE, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 20-1548-RGA<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FOR CERTIFICATION OF THE CLASS FOR PURPOSES OF SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs Friday Apaliski, Angelique Fish, John Joyal, and Jamie Waterman ("Plaintiffs") move for the entry of the Proposed Preliminary Approval Order, submitted herewith, which seeks the preliminary approval of a proposed class action settlement (the "Settlement") and certification of a proposed settlement class (the "Settlement Class") as explained therein.

1. The terms of the Settlement are set forth in the Settlement Agreement. *See* Declaration of Jason S. Rathod ("Rathod Decl."), Ex. 1.

2. The relief sought in this Motion is supported by the Rathod Declaration, which attaches the Agreement and all forms of notice as well as other exhibits to the Agreement, and by Plaintiffs' Opening Brief in Support of their Unopposed Motion for Preliminary Approval of Class Action Settlement and for Certification of the Class for Purposes of Settlement.

3. Defendant Molekule, Inc. consents to the relief requested in this motion.

4. A proposed order granting the relief requested in this motion is attached hereto.

WHEREFORE, Plaintiffs request that the Court enter the proposed Preliminary Approval Order.

Dated: October 8, 2021                                             **DELEEUW LAW LLC**

*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw (Del. Bar # 3569)
1301 Walnut Green Road
Wilmington, DE 19807
Telephone: (302) 274-2180
Facsimile: (302) 351-6905
E-mail: brad@deleeuwlaw.com

*Plaintiffs' Counsel*

**OF COUNSEL:**

Nicholas A. Migliaccio
Jason S. Rathod
**MIGLIACCIO & RATHOD LLP**
412 H St., NE
Washington, DC 20002
(202) 470-3520 (Tel.)
(202) 800-2730 (Fax)
E-mail: nmigliaccio@classlawdc.com
         jrathod@classlawdc.com

*Plaintiffs' Counsel*