IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIDAY APALISKI, ANGELIQUE FISH, JOHN JOYAL, JAMIE WATERMAN, individually and on behalf of all others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 20-1548-RGA ) |
| MOLEKULE, INC., | ) ) |
| Defendant. | ) |

### PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AN AWARD OF ATTORNEYS' FEES AND COSTS, AND SERVICE AWARDS FOR THE NAMED PLAINTIFFS

PLEASE TAKE NOTICE that at the Final Approval Hearing scheduled for January 25, 2022 at 3:30 p.m., Plaintiffs will move the Court to enter (1) the Proposed Order filed contemporaneously herewith granting the instant Plaintiffs' Unopposed Motion for Final Approval of the Class Action Settlement, an Award of Attorneys' Fees and Costs, and Service Awards for the Named Plaintiffs; and (2) the Final Judgment filed contemporaneously herewith. PLEASE FURTHER NOTE that Plaintiffs will rely on materials filed contemporaneously and at preliminary approval. PLEASE FURTHER NOTE that Defendants do not oppose this motion.

Dated: December 21, 2021

**DELEEUW LAW LLC**

*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw (Del. Bar # 3569)
1301 Walnut Green Road
Wilmington, DE 19807
Telephone: (302) 274-2180
Facsimile: (302) 351-6905

E-mail: brad@deleeuwlaw.com

*Class Counsel*

**OF COUNSEL:**

Nicholas A. Migliaccio
Jason S. Rathod
**MIGLIACCIO & RATHOD LLP**
412 H St., NE
Washington, DC 20002
(202) 470-3520 (Tel.)
(202) 800-2730 (Fax)
E-mail: nmigliaccio@classlawdc.com
         jrathod@classlawdc.com

*Class Counsel*