# deLeeuw Law LLC

1301 Walnut Green Road
Wilmington, DE 19807
(302) 274-2180
(302) 351-6905 (fax)
brad@deleeuwlaw.com

January 13, 2022

**VIA CM/ECF**

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

    *Re:*   *Apaliski et al v. Molekule, Inc.*
            Civ. Action No.: 1:20-cv-01548-RGA

Dear Judge Andrews:

I write on behalf of Plaintiffs Friday Apaliski, Angelique Fish, John Joyal, and Jamie Waterman and Defendant Molekule, Inc. (collectively, the "Parties"), in the above-captioned action (the "Action"). The final approval hearing is set for January 25, 2022 at 3:30 PM EST in Courtroom 6A. The Parties respectfully request that the hearing be held (a) telephonically, with the provision of a public, speaking line for any non-named party (such as a class member) who asks to speak, or (b) by a virtual platform such as a Zoom webinar.

In support, the Parties state that lead counsel for each side who intends to appear has personal concerns with traveling and appearing in-person given the present high level of COVID-19 throughout the country. Specifically, counsel for Plaintiffs, Mr. Jason S. Rathod, has a two month old baby and a two year old toddler

The Honorable Richard G. Andrews
January 13, 2022
Page 2

who are unable to be vaccinated. His mother-in-law also lives with his family and is immunocompromised. He and his family are taking extra precautions to avoid exposure. Counsel for Defendant, Ms. Erin E. Meyer, also has two young children at home (ages two and four) who are unable to be vaccinated and is minimizing travel to prevent exposure.

The Parties further note that no objections have been filed to the settlement and that they have not heard from any non-named Party expressing a desire to speak at the hearing.

In light of the foregoing, the Parties respectfully request that the final approval hearing be held telephonically or virtually.

Respectfully,

*/s/ P. Bradford deLeeuw*

P. Bradford deLeeuw
(Del. Bar No. 3569)

cc:   John W. Shaw (by CM/ECF)